

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00315-CV

**IN THE INTERST OF A.G.K. AND T.L.C., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02489
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The appellee's brief was due August 17, 2016. On August 18, 2016, appellee filed a motion asking for an additional twenty days in which to file the brief. After review, we **GRANT** the motion and **ORDER** appellee to file its brief in this court on or before September 6, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court